### 7343. STARR *v.* THE STATE.

RUSSELL, C. J. There was no eye-witness to the homicide, and there were some circumstances so strongly indicating a mutual intent to fight, and a mutual combat, as to authorize the instructions of the court upon the subject of voluntary manslaughter, as well as to warrant the verdict of that offense; and the court did not err in overruling the motion for a new trial. *Judgment affirmed.*

DECIDED MAY 19, 1916.

Indictment for murder—conviction of voluntary manslaughter; from Clayton superior court—Judge Smith. March 11, 1916.

*W. L. Watterson, Joseph W. & John D. Humphries,* for plaintiff in error. *George M. Napier, solicitor-general,* contra.